IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| LOUISE PROSISE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 10-1249-CV-W-ODS |
| | ) |
| WYETH LLC and | ) |
| PFIZER INC., | ) |
| | ) |
| Defendants. | ) |

ORDER OF DISMISSAL

Pursuant to the parties' stipulation, this case is DISMISSED WITH PREJUDICE. Each party is to bear his, her or its own fees and costs.

IT IS SO ORDERED.

DATE: December 20, 2012

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT