IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

LOUISE PROSISE,                          )
                                         )
                      Plaintiff,         )
                                         )
vs.                                      )          Case No. 10-1249-CV-W-ODS
                                         )
WYETH LLC and                            )
PFIZER INC.,                             )
                                         )
                      Defendants.        )

ORDER OF DISMISSAL

Pursuant to the parties' stipulation, this case is DISMISSED WITH PREJUDICE.
Each party is to bear his, her or its own fees and costs.

IT IS SO ORDERED.


                                         /s/ Ortrie D. Smith
                                         ORTRIE D. SMITH, SENIOR JUDGE
DATE: December 20, 2012                  UNITED STATES DISTRICT COURT